1  McGREGOR W. SCOTT
   United States Attorney
2  R. STEVEN LAPHAM
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 551-2724
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,        )
                                    )
12              Plaintiff,          )
                                    )   MAG. NO. 05-0160-PAN
13         v.                       )   MAG. NO. 05-0161-PAN
                                    )
14 (SEALED)                         )
                                    )   REQUEST FOR UNSEALING
15              Defendant(s).       )
                                    )
16 _____

17      On June 6, 2005, the Court signed an order sealing the

18 Complaints, the Affidavits in Support of the Complaints, and the

19 Sealing Orders in the instant actions.  Given the status of the

20 investigation and the scheduled court appearance of the defendant in

21 each case, there is no longer a need for these documents to remain

22 sealed.  It is requested that the documents be unsealed so that the

23 defendants and their attorneys can examine them prior to the court

24 appearance.

25 ///

26 ///

27 ///

28 ///

                               1

**FILED**

JUN - 7 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
              DEPUTY CLERK

1  Therefore the Government requests that the Court issue an order

2  unsealing the above referenced documents.

3  DATED: June 7, 2005

McGREGOR W. SCOTT
4                                                     United States Attorney

5
By:
6                                                     R. STEVEN LAPHAM
                                                     Assistant U.S. Attorney
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1                                    ORDER

2          IT IS HEREBY ORDERED that the Complaints, the Affidavits in

3     Support of the Complaints, and the Sealing Orders in the above-

4     captioned matters be and hereby are ordered unsealed.

5     DATED: June 7, 2005

6

7     _____
      PETER A. NOWINSKI
8     UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                       3