UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,         CR. S-05-0240 GEB PAN

    v.

HAMID HAYAT and UMER HAYAT,        ORDER

        Defendants.

—oOo—

    Upon application of plaintiff on the ground it's criminal investigation otherwise would be imperiled, defendants' counsel shall disclose the content of the information provided pursuant to the court's June 24, 2005, order to no one but their investigator, James Wedick, except with leave of court obtained pursuant to duly noticed motion.

    So ordered.

    Dated:  June 27, 2005.

                            /s/ Peter A. Nowinski
                            PETER A. NOWINSKI
                            Magistrate Judge