LAW OFFICES OF JOHNNY L. GRIFFIN III
JOHNNY L. GRIFFIN, III  (SBN 118694)
1010 F Street, Suite 200
Sacramento, California 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
UMER HAYAT



FILED

JUN 30 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No.  CR. S-05-0240 GEB |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| vs. | |
| HAMID HAYAT and | |
| UMER HAYAT, | |
| Defendants. | |

Pursuant to a request by Defendants Hamid Hayat and Umer Hayat, with no objection from Assistant United States Attorney R. Steven Lapham or the United States Marshals Service, **IT IS HEREBY ORDERED** that Defendants Hamid Hayat and Umer Hayat shall be permitted to jointly meet with their respective counsel, Wazhma Mojaddidi and Johnny L. Griffin, III, to review audio and video recordings at the Sacramento County Jail where they are currently detained.

DATED:  JUN 30 2005

_____
HON. PETER A. NOWINSKI
United States Magistrate Judge