UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:05-cr-0240-GEB |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| HAMID HAYAT, and | ) | |
| UMER HAYAT, | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

On August 1, 2005, John P. Molinard, Senior Security Specialist for the Justice Management Division of the United States Department of Justice, hand delivered a letter from James L. Dunlap, Department Security Officer, in which Mr. Dunlap made recommendations of persons certified to serve as Court Security Officer in this action.  Therefore, in accordance with those recommendations and pursuant to Appendix 3, § 9 of the Classified Information Procedures Act, 18 U.S.C. App. 3, § 9, and paragraph 2 of the Security Procedures Established Pursuant to Pub. L. 96-456, 94 Stat. 2025, by the Chief Justice of the United

1  States for the Protection of Classified Information, John P.

2  Molinard is designated Court Security Officer in this action.

3  Further, the following security specialists are designated as

4  alternate Court Security Officers in this action:  Christine E.

5  Gunning, Daniel O. Hartenstine, Jennifer H. Campbell, Mary M.

6  Cradlin, Michael P. Macisso, James P. Londergan, Barbara J.

7  Russell, and Glenn R. Bensley.

8          IT IS SO ORDERED.

9  Dated:  August 2, 2005

10

11                          /s/ Garland E. Burrell, Jr.
                            GARLAND E. BURRELL, JR.
                            United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                  2