UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:05-cr-0240-GEB |
| Plaintiff, | ORDER |
| v. | |
| HAMID HAYAT, and UMER HAYAT, | |
| Defendants. | |

On August 4, 2005, the government filed a motion to vacate the trial date and for a finding of excludable time under the Speedy Trial Act. As stated in the Court's oral ruling made on August 5, 2005, the need for the government to respond to Defendants' broad discovery requests is justification for finding that the "ends of justice served by [excluding sixty days from the Speedy Trial Act clock] outweigh the best interests of the public and the defendant[s] in a speedy trial." 18 U.S.C. § 3161(h)(8)(A). The "ends of justice" conclusion is reached because this is an unusual case and it is unreasonable to expect

1

the government to respond to Defendants' broad discovery requests within the time prescribed in the Speedy Trial Act. See 18 U.S.C. § 3161(h)(8)(B)(ii). Even if this case is not determined to be unusual, to go to trial within the time prescribed in the Speedy Trial Act would deny diligent government counsel the reasonable time necessary to respond to Defendants' broad discovery requests. 18 U.S.C. § 3161(h)(8)(B)(iv); see also United States v. Al-Arian, 267 F. Supp. 2d 1258, 1265 (M.D. Fla. 2003).

Therefore, the Court finds that sixty (60) days are to be excluded from the Speedy Trial Act clock. The trial date currently set for August 23, 2005, is vacated, and the CIPA hearing is continued until October 7, 2005, at 11:00 a.m. A status conference will be held on October 7, 2005, at 3:00 p.m.

IT IS SO ORDERED.

Dated: August 5, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge