1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,

11          Plaintiff,                    CR. NO. S-05-240 GEB (GGH)

12      vs.

13   UMER HAYAT, et al.,

14          Defendants.                   ORDER
     _____/

15

16          Pursuant to the court's order of September 26, 2005, the United States has

17   indicated that it will seek review of the court's order setting bail and other conditions for Umer

18   Hayat.  The government requests that it be allowed to file its appeal brief on or before October

19   11, 2005, and that any release be stayed pending review of its appeal by the Honorable Garland

20   Burrell.

21          The government's requests is granted.  However, in the event that the

22   undersigned's order of release is confirmed, the undersigned does not want a dispute to erupt at

23   that time over the value or other bona fides of the property posted as security for the bond.

24   Therefore, counsel for the government and Umer Hayat shall meet and confer over any problems

25   that the government sees in the property contemplated to be posted as security, and shall attempt

26   to resolve any such problems.  The government shall transmit to Umer Hayat's counsel, in

1

1   writing, no later than October 3, 2005, any property problems which it views as unresolved.  The

2   hearing initially scheduled for September 29, 2005 regarding the bona fides of the property is

3   vacated.

4   DATED: 9/27/05

                                        /s/ Gregory G. Hollows

5
                                        _____
6                                       GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE
    GGH:gh:035
7   hayat240.vac

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26