1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9   UNITED STATES OF AMERICA,

10          Plaintiff,              CR. NO. S-05-240 GEB (GGH)

11     vs.

12   UMER HAYAT, et al.,

13          Defendants.            ORDER
                                  /
14

15          Defendant Umer Hayat has moved for reconsideration of the order granting the

16   government until October 11, 2005, to file an appeal of the release order.  The court held a

17   telephonic conference on September 27, 2005.  Robert Tice-Raskin and Laura Ferris appeared for

18   the government; Johnny L. Griffin, III, appeared for defendant Umer Hayat.

19          The court amends the September 27, 2005, order as follows:

20          1.  The government's appeal brief shall be filed on or before October 7, 2005;

21          2.  The parties are directed to contact Judge Burrell's chambers to secure a date

22   for hearing.

23   DATED: 9/28/05

                                  /s/ Gregory G. Hollows
24   _____
                                  GREGORY G. HOLLOWS
25                                UNITED STATES MAGISTRATE JUDGE

     GGH:035
26   hayat240.rec

                          1