1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

UNITED STATES OF AMERICA,        )       02:05-cr-0240-GEB

10                                 )

                 Plaintiff,        )       ORDER

11                                 )

         v.                        )

12                                 )

HAMID HAYAT, and                   )

13  UMER HAYAT,                     )

                 Defendants.       )

14  _____ )

15

16          Condition of Release No. 5 in the Order filed

17  October 26, 2005, which states "Defendant shall permit all

18  phones, including cellular phones, to be monitored via trap and

19  trace and pen register; Defendant shall submit a list of all

20  phones which are presently in the premises, and no other phones

21  shall be permitted in the residence," is reconsidered sua sponte

22  and is stricken.  The remaining conditions are sufficient to

23  reasonably assure Defendant's appearance at trial.  See United

24  States v. Motamedi, 767 F.2d 1403, 1405 (9th Cir. 1985)(the "Bail

25  Reform Act of 1984 . . . mandates release of a person facing

26  trial under the least restrictive condition or combination of

27  ////

28  ////

conditions that will reasonably assure the appearance of the person as required").

          IT IS SO ORDERED.

Dated:  October 31, 2005

                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge