1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,      )      02:05-cr-240-GEB
                                    )
11                  Plaintiff,      )      ORDER
                                    )
12           v.                     )
                                    )
13   HAMID HAYAT, and               )
     UMER HAYAT,                    )
14                  Defendants.     )
                                    )
15   _____)

16

17           The government is required to submit a status report on

18   any potential CIPA issue no later than November 18, 2005.

19           IT IS SO ORDERED.

20   Dated:  November 2, 2005

21
                                    /s/ Garland E. Burrell, Jr.
22                                  GARLAND E. BURRELL, JR.
                                    United States District Judge
23
24
25
26
27
28