UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 02:05-cr-0240-GEB |
| ) Plaintiff, ) | ORDER RE LOCAL RULE 39-140 |
| ) v. ) | |
| HAMID HAYAT, and ) UMER HAYAT, ) Defendants. ) | |

       This Order sua sponte seals certain filings in this action that contain "personal data identifiers" proscribed in Local Rule 39-140(a) and will require substituted public filings that comply with this Rule, even though the Court has no obligation to "review filed documents to determine a party's compliance with privacy Local Rule 39-140(a)." See L.R. 39-140(e).  Local Rule 39-140(a) prescribes that "personal data identifiers" be omitted or "partially redacted" from all documents "filed electronically or on paper."  L.R. 39-140(a).

       Therefore, docket entries 1, 36, 43, 44, 48, 49, 56, 72, 79, and 83 are ordered sealed because they contain "personal data identifiers."  An Amended Order will be filed today to replace sealed docket entry 79, in which substitute terms are

used in place of "personal data identifiers."[1]  Magistrate Judge Hollows has agreed to file an Amended Order to replace sealed docket entry 56.  The parties are ordered to file amended documents to replace sealed docket entries 36, 43, 44, 48, 49, 72, and 83 in compliance with Local Rule 39-140(a).[2]  The Clerk's Office is directed to replace docket entry 1, which is the Criminal Complaint, and docket entry 79, which is the Order authorizing release of Umer Hayat pending trial, with the attached redacted copy of the Criminal Complaint and the attached Amended Order.

       IT IS SO ORDERED.

DATED:  November 4, 2005

                                       /s/ Garland E. Burrell, Jr.
                                       GARLAND E. BURRELL, JR.
                                       United States District Judge

---

[1] A footnote on page one of the Amended Order explains the changes which were made to the Order.

[2] Each party obligated to comply with L.R. 39-140(a) is required to file the compliance document on disk in .pdf format or in paper format so that the image of the sealed document can be replaced with a document in compliance with the Rule.