IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) 2:05-cr-240-GEB
                          )
             Plaintiff,   )
                          ) ORDER
     v.                   )
                          )
HAMID HAYAT and,          )
UMER HAYAT,               )
                          )
             Defendants.  )
_____)

The government's brief filed November 17, 2005, indicates a need to clarify the Order filed November 14, 2005. The November 14 Order is amended as follows: the words "it does not appear that" on page thirteen at line twenty-six are stricken. In addition, the words "do not appear adequate" on page fourteen at line seven are stricken, and in their place the words "are inadequate, based on the current record," are substituted.

IT IS SO ORDERED.

DATED: November 17, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge