IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:05-cr-0240-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| UMER HAYAT, and | ) | |
| HAMID HAYAT, | ) | |
| | ) | |
| Defendants. | ) | |

On January 13, 2006, the government filed a motion for empanelment of dual juries for the joint trial of Defendants in order to remedy potential issues under Bruton v. United States, 391 U.S. 123 (1968). (Gov't Mot. for Empanelment of Dual Juries at 6-13.) On the same day, Defendants filed a motion in limine "to exclude the introduction of their alleged statements in this joint trial pursuant to Bruton," and noted "the government has indicated that it will request that two separate juries be empanelled in this case to avoid the Bruton issues." (Defs.' Mot. in Limine at 13, n.4.) Since the government argues and Defendants indicate that empaneling two juries will avoid Bruton issues, the government's motion is granted. Twelve jurors and four alternate jurors will be empanelled for each Defendant unless space limitations in the

courtroom indicate fewer alternate jurors should be empanelled.  The selection of Defendant Hamid Hayat's jury will commence at 9:00 a.m. on February 14, 2006, and the selection of Defendant Umer Hayat's jury will commence at 1:30 p.m. on February 14, 2006.

IT IS SO ORDERED.

Dated:  January 18, 2006

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge