```
                    UNITED STATES DISTRICT COURT

                FOR THE EASTERN DISTRICT OF CALIFORNIA
```

UNITED STATES OF AMERICA,    )
                             )     2:05-cr-0240-GEB
            Plaintiff,       )
                             )
        v.                   )     ORDER
                             )
HAMID HAYAT, and             )
UMER HAYAT,                  )
                             )
            Defendants.      )
                             )
_____ )

        To avoid exposing potential jurors to publicity concerning this case, the Order filed January 10, 2006, is amended as follows: the parties shall submit trial briefs only when directed to do so by the judge; this directive will not be issued before potential jurors are admonished to avoid publicity about the case.

        Further, each side is granted twenty-five (25) minutes to conduct voir dire.

Dated: January 18, 2006

                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge