UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:05-cr-0240-GEB |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| HAMID HAYAT, and ) | |
| UMER HAYAT, ) | |
| ) | |
| Defendants. ) | |
| ) | |

On January 20, 2006, Defendants filed a motion for reconsideration of two separate Orders filed January 19, 2006.

First, Defendants seek to change the sequence in which the juries will be selected. The motion is granted. The selection of Defendant Umer Hayat's jury will commence at 9:00 a.m. on February 14, 2006, and the selection of Defendant Hamid Hayat's jury will commence at 1:30 p.m. on February 14, 2006.

Second, Defendants request additional time to conduct voir dire. The request is denied. Further, the request indicates that to avoid exposing potential jurors to publicity concerning this case, all voir dire should be conducted by the

1  judge.  Therefore, the Order filed January 10, 2006, is amended
2  as follows: the judge will conduct all voir dire pursuant to
3  Federal Rule of Criminal Procedure 24(a)(2)(B), and the parties
4  shall file proposed voir dire questions promptly at 8:00 a.m. on
5  February 14, 2006.
6           IT IS SO ORDERED.
7  Dated:  January 20, 2006

                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge