McGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
LAURA L. FERRIS
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

MICHAEL MULLANEY
Acting Chief, Counterterrorism Section
STEVEN A. TYRRELL
Deputy Chief, Counterterrorism Section
SHARON LEVER
Trial Attorney, Counterterrorism Section
Criminal Division
U.S. Department of Justice
10th and Constitution Avenue, N.W.
Washington, D.C.  20005
Telephone: (202) 514-0849

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. S-05-240 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION REGARDING |
| | ) | PROTECTIVE ORDER;[PROPOSED] |
| v. | ) | ORDER |
| | ) | |
| HAMID HAYAT, | ) | |
| UMER HAYAT, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

        WHEREAS, plaintiff desires to prevent the unauthorized

disclosure or dissemination of certain information and documents

which will be reviewed by or made available to, or are otherwise in

the possession of, the defendants and/or defense counsel in this

case and filed a motion on January 27, 2005 requesting the same;

        WHEREAS, defendants agree that entry of a stipulated protective

1

1 order is appropriate;

2    IT IS HEREBY AGREED AND STIPULATED that:

3    1.   This Court may enter a protective order pursuant to Rule

4 16(d) of the Federal Rules of Criminal Procedure, and its general

5 supervisory authority.

6    2.   This Stipulated Protective Order pertains to: all recorded

7 conversations; any summaries, debriefs or transcripts thereof or

8 related thereto; and any information related to images which have

9 been and/or may be provided by the government to defense counsel as

10 part of discovery in this case.  The recorded conversations,

11 summaries, debriefs or transcripts thereof or related thereto, and

12 information related to images shall hereinafter be referred to

13 collectively as "sensitive information."

14    3.   Defense counsel shall not disclose any of the sensitive

15 information to any person other than their respective

16 defendant/client, witnesses which they may be interviewing or

17 preparing for trial, attorneys, law clerks, paralegals, secretaries,

18 translators, technical and other experts, and investigators involved

19 in the representation of their client.

20    4.   The sensitive information is now and will forever remain

21 the property of the United States Government.  Defense counsel will

22 return the sensitive information to the government at the conclusion

23 of this case in the United States District Court (or, if any direct

24 appeal is taken, at the conclusion of any appeal).

25    5.   Defense counsel will store the sensitive information in a

26 secure place and will use reasonable care to insure that it is not

27 disclosed to third persons in violation of this agreement.

28    6.   If defense counsel make, or cause to be made, any further

1 | copies of any of the sensitive information, defense counsel will

2 | inscribe the following notation on each copy: "U.S. Government

3 | Property; May Not Be Used Without U.S. Government Permission."

4 |    7.   If defense counsel release custody of any of the sensitive

5 | information, or authorized copies thereof, to any person described

6 | in paragraph (3), defense counsel shall provide such recipients with

7 | copies of this Stipulated Protective Order and advise that person

8 | that the sensitive information is the property of the Unites States

9 | Government and that an unauthorized use may constitute a violation

10 | of law and/or contempt of court.

11 |    8.   Nothing herein constitutes a waiver of any right of any

12 | defendant, nor does anything herein restrict in any way, the right

13 | of the defense to use the sensitive information in connection with

14 | any pleading or proceeding in this case.

15 |    9.   A copy of this Stipulated Protective Order shall be issued

16 | forthwith to counsel for each defendant, who shall be responsible

17 | for advising his or her respective defendant, defense counsel

18 | employees and other members of the defense team, and defense

19 | //

20 | //

21 | //

22 | //

23 | //

24 | //

25 | //

26 | //

27 | //

28 | //

1  witnesses of the contents of this Stipulated Protective Order.

2  DATED:     1/30/06                    /s/ Wazhma Mojaddidi
                                         WAZHMA MOJADDIDI
3                                        Attorney for Defendant
                                         Hamid Hayat
4

5  DATED:     JAN. 31, 2006              /s/ Johnny L. Griffin
                                         JOHNNY L. GRIFFIN, III.
6                                        Attorney for Defendant
                                         Umer Hayat
7

8
   DATED:     1/31/06                    McGREGOR W. SCOTT
9                                        United States Attorney

10

11
                                 By:    /s/ Laura L. Ferris
12                                       S. ROBERT TICE-RASKIN
                                         LAURA L. FERRIS
13                                       Assistant U.S. Attorneys

14 IT IS SO ORDERED.

15 Dated:  February 1, 2006

16
                                         /s/ Garland E. Burrell, Jr.
17                                       GARLAND E. BURRELL, JR.
                                         United States District Judge
18

19

20

21

22

23

24

25

26

27

28

4