```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  S. ROBERT TICE-RASKIN
    LAURA L. FERRIS
 3  Assistant U.S. Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, California 95814
    Telephone: (916) 554-2700
 5
    MICHAEL MULLANEY
 6  Acting Chief, Counterterrorism Section
    STEVEN A. TYRRELL
 7  Deputy Chief, Counterterrorism Section
    DAVID DEITCH
 8  SHARON LEVER
    Trial Attorneys, Counterterrorism Section
 9  Criminal Division
    U.S. Department of Justice
10  10th and Constitution Avenue, N.W.
    Washington, D.C.  20005
11  Telephone: (202) 514-0849
```

**FILED**

FEB - 3 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. No. S-05-240 GEB |
|---|---|---|
| Plaintiff, | ) | <u>STIPULATION REGARDING ADMISSION OF GOVERNMENT'S EXHIBIT NUMBER 1; [PROPOSED] ORDER</u> |
| v. | ) | |
| HAMID HAYAT, UMER HAYAT, | ) | |
| Defendants. | ) | |

**STIPULATION**

Defendants and their respective counsel, and plaintiff, by and through their respective counsel (the "parties"), hereby agree and stipulate as follows:

The parties agree that Government's Exhibit 1 is a true and accurate representation of the Earth's surface and of the objects

1

and features at the longitude and latitude noted on the image in the vicinity of Balakot, Pakistan, as they were when the image was acquired. The parties further agree that the image was acquired on the date noted on the image. The image was derived from data collected by an overhead satellite, and processed in computers operated by Department of Defense agencies. The parties stipulate that this exhibit shall be admitted into evidence for all purposes and that the jury may be so instructed.

DATED: 2/3/06
WAZHMA MOJADDIDI
Attorney for Defendant
Hamid Hayat

DATED: FEB. 3, 2006
JOHNNY L. GRIFFIN, III.
Attorney for Defendant
Umer Hayat

DATED: Feb 3 2006
HAMID HAYAT
Defendant

DATED: Feb 3 2006.
UMER HAYAT
Defendant

DATED: 2/3/06
S. ROBERT TICE-RASKIN
LAURA L. FERRIS
Assistant U.S. Attorneys

DATED: 2/3/06
DAVID DEITCH
SHARON LEVER
Trial Attorneys
Counterterrorism Section

I declare that I am a court ~~certified~~ Registered interpreter/translator. On 2-3-06, I read the entire contents of the foregoing stipulation to Hamid Hayat and Umer Hayat, translating the document from English to Urdu.

DATED: 2-3-06
Interpreter/Translator

**ORDER**

The stipulation of the parties is accepted and the above-noted exhibit shall be admitted into evidence for all purposes at the trial and any further proceedings in connection with this case.

IT IS SO ORDERED.

DATED:   2-3-06

HON. GARLAND E. BURRELL, JR.
UNITED STATES DISTRICT COURT