```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  S. ROBERT TICE-RASKIN
    LAURA L. FERRIS
 3  Assistant U.S. Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, California 95814
    Telephone: (916) 554-2700
 5
    MICHAEL MULLANEY
 6  Acting Chief, Counterterrorism Section
    STEVEN A. TYRRELL
 7  Deputy Chief, Counterterrorism Section
    DAVID DEITCH
 8  SHARON LEVER
    Trial Attorneys, Counterterrorism Section
 9  Criminal Division
    U.S. Department of Justice
10  10th and Constitution Avenue, N.W.
    Washington, D.C.  20005
11  Telephone: (202) 514-0849
```

FILED
FEB - 3 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR. No. S-05-240 GEB |
|---|---|
| Plaintiff, | STIPULATION REGARDING ADMISSION OF GOVERNMENT'S EXHIBIT NUMBER 2; [PROPOSED] ORDER |
| v. | |
| HAMID HAYAT, UMER HAYAT, | |
| Defendants. | |

**STIPULATION**

Defendants and their respective counsel, and plaintiff, by and through their respective counsel (the "parties"), hereby agree and stipulate as follows:

The parties agree that Government's Exhibit 2 is a true and accurate representation of the Earth's surface and of the objects

1

1  and features at the longitude and latitude noted on the image in the
2  vicinity of Balakot, Pakistan, as they were when the image was
3  acquired.  The parties further agree that the image was acquired on
4  the date noted on the image.  The image was derived from data
5  collected by an overhead satellite, and processed in computers
6  operated by Department of Defense agencies.  The parties stipulate
7  that this exhibit shall be admitted into evidence for all purposes
8  and that the jury may be so instructed.

9  DATED: 2/3/06
10                                         WAZHMA MOJADDIDI
                                           Attorney for Defendant
                                           Hamid Hayat
11 DATED: FEB. 3, 2006
12                                         JOHNNY L. GRIFFIN, III.
                                           Attorney for Defendant
13                                         Umer Hayat

14 DATED: Feb 3 2006
                                           HAMID HAYAT
15                                         Defendant

16 DATED: Feb 3 2006
                                           Umer Hayat
17                                         UMER HAYAT
                                           Defendant
18 DATED: 2/3/06
                                           S. ROBERT TICE-RASKIN
19                                         LAURA L. FERRIS
                                           Assistant U.S. Attorneys
20 DATED: 2/3/06
21                                         DAVID DEITCH
                                           SHARON LEVER
22                                         Trial Attorneys
                                           Counterterrorism Section
23
24 I declare that I am a court Registered interpreter/translator.  On
   2-3-06           , I read the entire contents of the foregoing
25 stipulation to Hamid Hayat and Umer Hayat, translating the document
   from English to      Urdu           .
26
27 DATED: 2-3-06
                                           Interpreter/Translator
28

2

**ORDER**

The stipulation of the parties is accepted and the above-noted exhibit shall be admitted into evidence for all purposes at the trial and any further proceedings in connection with this case.

IT IS SO ORDERED.

DATED: 2-3-06

HON. GARLAND E. BURRELL, JR.
UNITED STATES DISTRICT COURT