McGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
LAURA L. FERRIS
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

MICHAEL MULLANEY
Acting Chief, Counterterrorism Section
STEVEN A. TYRRELL
Deputy Chief, Counterterrorism Section
DAVID DEITCH
SHARON LEVER
Trial Attorneys, Counterterrorism Section
Criminal Division
U.S. Department of Justice
10th and Constitution Avenue, N.W.
Washington, D.C.  20005
Telephone: (202) 514-0849

FILED

FEB - 3 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HAMID HAYAT,<br>UMER HAYAT,<br><br>　　　　　Defendants. | CR. No. S-05-240 GEB<br><br>STIPULATION REGARDING ADMISSION OF GOVERNMENT'S EXHIBIT NUMBER 3; [PROPOSED] ORDER |

**STIPULATION**

Defendants and their respective counsel, and plaintiff, by and through their respective counsel (the "parties"), hereby agree and stipulate as follows:

The parties agree that Government's Exhibit 3 is a true and accurate representation of the Earth's surface and of the objects

1

```
 1  and features at the longitude and latitude noted on the image in the
 2  vicinity of Balakot, Pakistan, as they were when the image was
 3  acquired.  The parties further agree that the image was acquired on
 4  the date noted on the image.  The image was derived from data
 5  collected by an overhead satellite, and processed in computers
 6  operated by Department of Defense agencies.  The parties stipulate
 7  that this exhibit shall be admitted into evidence for all purposes
 8  and that the jury may be so instructed.
 9  DATED:  2/3/06
                                        WAZHMA MOJADDIDI
10                                      Attorney for Defendant
                                        Hamid Hayat
11
    DATED:  FEB. 3, 2006
12
                                        JOHNNY L. GRIFFIN, III
                                        Attorney for Defendant
13                                      Umer Hayat

14  DATED:  Feb 3, 2006                 HAMID HAYAT
                                        HAMID HAYAT
15                                      Defendant

16  DATED:  Feb 3, 2006                 Umer HAYAT
                                        UMER HAYAT
17                                      Defendant

18  DATED:  2/3/06
                                        S. ROBERT TICE-RASKIN
19                                      LAURA L. FERRIS
                                        Assistant U.S. Attorneys
20  DATED:  2/3/06
                                        DAVID DEITCH
21                                      SHARON LEVER
                                        Trial Attorneys
22                                      Counterterrorism Section
23
                                Registered
24  I declare that I am a court certified interpreter/translator.  On
    2-3-06,     , I read the entire contents of the foregoing
25  stipulation to Hamid Hayat and Umer Hayat, translating the document
    from English to    Urdu           .
26
27  DATED:  2-3-06.
                                        Interpreter/Translator
28
```

2

**ORDER**

The stipulation of the parties is accepted and the above-noted exhibit shall be admitted into evidence for all purposes at the trial and any further proceedings in connection with this case.

IT IS SO ORDERED.

DATED: 2-3-06

HON. GARLAND E. BURRELL, JR.
UNITED STATES DISTRICT COURT

3