McGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
LAURA L. FERRIS
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

MICHAEL MULLANEY
Acting Chief, Counterterrorism Section
STEVEN A. TYRRELL
Deputy Chief, Counterterrorism Section
DAVID DEITCH
SHARON LEVER
Trial Attorneys, Counterterrorism Section
Criminal Division
U.S. Department of Justice
10th and Constitution Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 514-0849

**FILED**

FEB - 3 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>     v.                          )<br>                                 )<br>HAMID HAYAT,                     )<br>UMER HAYAT,                      )<br>                                 )<br>            Defendants.          )<br>_____) | CR. No. S-05-240 GEB<br><br>STIPULATION REGARDING ADMISSION<br>OF GOVERNMENT'S EXHIBIT NUMBER<br>4; [PROPOSED] ORDER |

**STIPULATION**

Defendants and their respective counsel, and plaintiff, by and through their respective counsel (the "parties"), hereby agree and stipulate as follows:

The parties agree that Government's Exhibit 4 is a true and accurate representation of the Earth's surface and of the objects

1

1  and features at the longitude and latitude noted on the image in the
2  vicinity of Balakot, Pakistan, as they were when the image was
3  acquired.  The parties further agree that the image was acquired on
4  the date noted on the image.  The image was derived from data
5  collected by an overhead satellite, and processed in computers
6  operated by Department of Defense agencies.  The parties stipulate
7  that this exhibit shall be admitted into evidence for all purposes
8  and that the jury may be so instructed.

9  DATED: 2-3-06
                                    _____
10                                  WAZHMA MOJADDIDI
                                    Attorney for Defendant
                                    Hamid Hayat

11 DATED: Feb. 3, 2006
                                    _____
12                                  JOHNNY L. GRIFFIN, III
                                    Attorney for Defendant
13                                  Umer Hayat

14 DATED: Feb 3, 2006               HAMIL HAYAT
                                    _____
                                    HAMID HAYAT
15                                  Defendant

16 DATED: Feb 3 2006                Umer HAYAT
                                    _____
                                    UMER HAYAT
17                                  Defendant

18 DATED: 2/3/06                    _____
                                    S. ROBERT TICE-RASKIN
19                                  LAURA L. FERRIS
                                    Assistant U.S. Attorneys

20 DATED: 2/3/06                    _____
                                    DAVID DEITCH
21                                  SHARON LEVER
                                    Trial Attorneys
22                                  Counterterrorism Section

23
                         Registered
24 I declare that I am a court ~~certified~~ interpreter/translator.  On
   2-3-06   , I read the entire contents of the foregoing
25 stipulation to Hamid Hayat and Umer Hayat, translating the document
   from English to  Urdu                .
26

27 DATED: 2.3.06                     _____
                                    Interpreter/Translator
28

**ORDER**

The stipulation of the parties is accepted and the above-noted exhibit shall be admitted into evidence for all purposes at the trial and any further proceedings in connection with this case.

IT IS SO ORDERED.

DATED: 2-3-06

HON. GARLAND E. BURRELL, JR.
UNITED STATES DISTRICT COURT