IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:05-cr-240-GEB |
| Plaintiff, | ) | |
| | ) | TRANSMISSION TO PARTIES |
| | ) | OF TRIAL DOCUMENTS |
| v. | ) | |
| | ) | |
| HAMID HAYAT, and | ) | |
| UMER HAYAT, | ) | |
| | ) | |
| Defendants. | ) | |

      Attached are the proposed preliminary jury instructions for this action.  Any proposed modifications should be submitted as soon as practicable.

Dated:  February 13, 2006

                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge