UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 02:05-cr-0240-GEB |
| Plaintiff, ) | |
| v. ) | |
| HAMID HAYAT, and ) UMER HAYAT, ) | |
| Defendants. ) | |

On February 22, 2006, Carol Davis, the person designated by the Clerk of the Court to interface with the media regarding this action, received an informal request from ABC News, New York for access to a videotape used during trial. Because it is unclear whether the requested videotape is still desired now that transcripts of the video have been made available to the media, and because the parties should be provided an opportunity to respond to a specific and formal request for additional access, a formal request must be filed if additional access is desired. If a formal request is filed, any

///
///
///
///

1 | party may file a response to the same within three court days.
2 | Dated:  February 24, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge