UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 02:05-cr-0240-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| HAMID HAYAT, and | ) | |
| UMER HAYAT, | ) | |
| Defendants. | ) | |

As discussed in open court on March 2, 2006, proceedings before the Umer Jury will continue on March 7, 2006, through March 10, 2006.  Proceedings before the Hamid Jury will resume on March 13, 2006, and proceedings before both juries will begin on March 14, 2006.[1]

        IT IS SO ORDERED.

Dated:  March 3, 2006

                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge

_____

    [1]    Trial proceedings will commence each day at 9:00 a.m., except on March 10, 2006, when proceedings will begin at 10:30 a.m.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28