1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8               FOR THE EASTERN DISTRICT OF CALIFORNIA
9
   UNITED STATES OF AMERICA,     )     02:05-cr-0240-GEB
10                               )
                Plaintiff,       )
11                               )     ORDER
          v.                     )
12                               )
   HAMID HAYAT, and              )
13 UMER HAYAT,                   )
                Defendants.      )
14 _____)
15

16         For the reasons stated below, the Court will reconsider
17 its ruling on KTVU's application for access to the videotaped
18 interviews of Defendants, which was argued on March 7, 2006.
19         At trial on March 8, 2006, portions of Umer Hayat's
20 videotaped interview with the FBI were presented in which Umer
21 indicated he feared for his safety because he shared certain
22 information with the FBI.  Subsequently, the Court questioned
23 defense counsel as to whether Umer's statements necessitated a
24 further hearing on KTVU's request for access.  Counsel for each
25 Defendant stated that a further hearing was desired.  Therefore,
26 a further hearing on the KTVU's request for access is scheduled
27 for March 10, 2006, at 8:00 a.m.
28         In addition, a workable proposal for the release of the

1  videotapes should be presented at or before the hearing on
2  March 10, 2006, in the event that reconsideration of KTVU's
3  request results in the decision granting access being confirmed.
4  If a party has a written response to the issues to be heard on
5  March 10, 2006, that response shall be filed no later than
6  1:00 p.m. on March 9, 2006.
7           IT IS SO ORDERED.
8  Dated:  March 8, 2006

                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge