```
 1
 2
 3
 4
 5
 6
 7                    IN THE UNITED STATES DISTRICT COURT
 8                   FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
   THE UNITED STATES OF AMERICA,    )
10                                  )      2:05-cr-0240-GEB
                       Plaintiff,   )
11                                  )      ORDER
        v.                          )
12                                  )
   HAMID HAYAT, and                 )
13 UMER HAYAT,                      )
                                    )
14                     Defendants.  )
                                    )
15
16
17          On March 16, 2006, Defendants moved for an order that would
18 require "the government to immediately provide [Defendants with]
19 unredacted cop[ies] of discovery pages 6008 through 6015."  The
20 government opposes the motion.
21          Argument on the motion was heard on March 20, 2006,
22 following which the parties agreed that the judge should review
23 unredacted copies of the requested discovery in camera and then issue
24 a decision.
25 /////
26 /////
27 /////
28 /////
```

1

1    At the hearing the government provided the judge with the
2 following exhibits and bate-stamped documents, which are involved in
3 the motion (both redacted and unredacted documents were provided):
4    Exhibit A, bate-stamped 6381, 6382, and 6383;[1]
5    Exhibit B, bate-stamped 6013, 6014, and 6015;
6    Exhibit C, bate-stamped 6008 and 6009;
7    Exhibit D, bate-stamped 6010 and 6011; and
8    Exhibit E, bate-stamped 6012.
9    These exhibits have been reviewed in camera.  Based on that
10 review, Defendants' motion is denied and the Clerk of the Court is
11 ordered to file under seal the attached exhibits which were considered
12 in camera.
13    IT IS SO ORDERED.
14 Dated:  March 21, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] Defendants also challenged these bate-stamped documents at the hearing.