UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,    )    02:05-cr-0240-GEB
                             )
            Plaintiff,       )
                             )    ORDER
      v.                     )
                             )
HAMID HAYAT, and             )
UMER HAYAT,                  )
            Defendants.      )
                             )
```

On March 21, 2006, the government submitted an ex parte "Motion to Redact Certain Information from Discovery Related to a Witness" for in camera review. The government seeks "an order allowing it to redact certain portions of [three] documents related to government witness Hassan Abbas."[1] The government argues its proposed redactions are appropriate because they only cover information that need not be disclosed under the Jencks Act.

The in camera review of the three documents revealed

---

[1] The three documents that the government submitted for in camera review are: an email from Hassan Abbas dated September 13, 2005; an email from Hassan Abbas dated March 14, 2006; and the first page of Hassan Abbas's curriculum vitae. Both unredacted and redacted versions of these documents were submitted.

1 | that the proposed redactions only cover information that need not
2 | be disclosed under the Jencks Act.  Therefore, the government's
3 | proposed redactions are approved.  The Clerk of the Court is
4 | ordered to file under seal the attached documents which were
5 | submitted for in camera review.
6 |      IT IS SO ORDERED.
7 | Dated: March 21, 2006

<pre>
                                /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
                                United States District Judge
</pre>