UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>HAMID HAYAT, and<br>UMER HAYAT,<br>            Defendants. | 02:05-cr-0240-GEB<br><br>ORDER |

       On March 30, 2006, the government submitted an ex parte motion for in camera review in which it seeks leave "to redact certain matters from documents that have been provided to defendants in response to their request pursuant to [Federal Rule of Evidence] 612."[1]  The government argues the redacted form of the documents is appropriate because "[t]he matters redacted pertain solely to Naseem Khan's participation in investigations unrelated to the[] defendants . . . ."

       The in camera review of the documents revealed that the government's redactions are appropriate as the government

---

[1] The documents that the government submitted for in camera review "relate to witness Rachel Pifer."  Both unredacted and redacted versions of these documents were submitted.

1  asserts.  Therefore, the redactions are approved.  The Clerk of
2  the Court is ordered to file under seal Exhibits A and B which
3  were attached to the government's motion.
4       IT IS SO ORDERED.
5  Dated:  March 30, 2006

                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge