IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

- v -

HAMID HAYAT and
UMER HAYAT

Defendants.

Case No.: CR. NO. S-05-240-GEB

**FILED**

APR - 3 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

### ORDER

THIS MATTER is before the Court pursuant to Defendants' Joint Motion To Compel Discovery dated January 13, 2006 which included a demand for "any and all documents, records, or recordings reflecting the use and information obtained through National Security Agency wiretaps related to the Defendants."

In response to this motion, the government filed a response dated January 23, 2006, and on March 31, 2006, its *in camera, ex parte* classified response, which the Court has now considered.

IT IS HEREBY ORDERED, that Defendants' Motion to Compel Discovery reflecting the use and information obtained through National Security Agency wiretaps related to the defendants is DENIED.

DATED:   April 3, 2006
Sacramento, California

GARLAND E. BURRELL, JR.
United States District Judge