FILED WITH
COURT SECURITY OFFICER
DATE 3/31/2006

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

- v -

HAMID HAYAT and
UMER HAYAT,

Defendants.

Case No.: CR. NO. S-05-240-GEB

**FILED**

APR - 3 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

**ORDER DENYING DEFENDANTS' JOINT MOTION TO COMPEL DISCOVERY AND GRANTING GOVERNMENT'S** [IN CAMERA EX PARTE CLASSIFIED MOTION]

[REDACTED]

April 3, 2006