IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:05-cr-0240-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | TRANSMISSION TO PARTIES OF |
| v. | ) | TRIAL DOCUMENTS |
| | ) | |
| HAMID HAYAT, and | ) | |
| UMER HAYAT, | ) | |
| | ) | |
| Defendants. | ) | |

Attached are draft closing jury instructions and verdict forms for the parties' consideration.  The portion of the jury instruction defining when "a statement was made in a matter within the jurisdiction of the Federal Bureau of Investigation," relied on the Supreme Court case United States v. Rodgers, 466 U.S. 475 (1984).[1]

Any proposed modifications should be submitted as soon as practicable.  It would be helpful if the proposed modification to an existing instruction is reflected in a submitted instruction so that precisely what is requested is obvious.  Further, if an instruction is

---

[1] The quoted language appears in instruction number nineteen of Defendant Umer Hayat's draft jury instructions, and in instruction number twenty-four of Hamid Hayat's draft jury instructions.

1

1  requested to be included, the exact place where the instruction is to
2  be placed, i.e. its numerical order, should be stated.
3  Dated:  April 5, 2006

                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge