IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:05-cr-0240-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | TRANSMISSION TO PARTIES OF |
| v. | ) | TRIAL DOCUMENTS |
| | ) | |
| HAMID HAYAT, and UMER HAYAT, | ) | |
| | ) | |
| Defendants. | ) | |

After trial today, the government moved to have the jury instructions read before the parties began their closing arguments. I granted the motion, but upon reconsideration, have tentatively decided to instruct the jury as indicated in the two attached draft jury instructions.[1]

Any proposed modifications to the attached instructions and/or to the previously transmitted draft instructions should be submitted today or early tomorrow morning, if practicable, so that the proposed modifications can be considered before the hearing scheduled

---

[1] The attached instruction labeled "Instruction No. 20" would appear as "Instruction No. 20" in Umer Hayat's jury instructions and would appear as "Instruction No. 25" in Hamid Hayat's jury instructions.

1

for 11 a.m. tomorrow morning.  Any proposed modification to an existing instruction shall be reflected in a submitted instruction so that precisely what is requested is obvious, unless the proposal is only minor.  Further, if an instruction is requested to be included, the exact place where the instruction is to be placed, i.e. its numerical order, should be stated.

Dated:  April 6, 2006

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge