IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:05-cr-0240-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | TRANSMISSION TO PARTIES OF |
| v. | ) | TRIAL DOCUMENTS |
| | ) | |
| HAMID HAYAT, and UMER HAYAT, | ) | |
| | ) | |
| Defendants. | ) | |

The attached draft jury instructions contain the requested revisions of Umer Hayat and the government.[1] One of the government's proposed revisions, which is included in attached draft Hamid Instruction No. 27, appears to require explanation. Specifically, the phrase "or transcend national boundaries" appears unexplained in Hamid Instruction No. 27. A similar explained phrase is used in the instructions for Count One.

Dated: April 7, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] It is assumed that Hamid Hayat desires the same revisions that Umer Hayat proposed; accordingly, Hamid Hayat's draft jury instructions have been modified to reflect that assumption.