IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:05-cr-0240-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | TRANSMISSION TO PARTIES OF |
| v. | ) | TRIAL DOCUMENTS |
| | ) | |
| HAMID HAYAT, and | ) | |
| UMER HAYAT, | ) | |
| | ) | |
| Defendants. | ) | |

     A hearing was held April 7, 2006, to discuss each party's position on the previously transmitted draft jury instructions and verdict forms.  All of the requested changes that were approved at the hearing have been incorporated into the attached draft jury instructions and verdict forms.  In addition, the government's proposed sign-in sheet for joint exhibits has been attached in modified form.  Since the government withdrew its objection to the last sentence of each Defendant's jury instruction number nine in a motion filed after the hearing on April 7, 2006, that sentence is no longer at issue.  The instructions proposed by the government on April 10, 2006, instruction number twenty-six for Umer Hayat and instruction number thirty-three for Hamid Hayat, are included in modified form in the attached draft instructions.  Finally, although the phrase

1

"assignation or kidnaping" appears in draft instruction number twenty for Umer Hayat and in draft instruction number twenty-seven for Hamid Hayat, it is understood that the parties may want to make further arguments as to whether the phrase should be excluded from the jury instructions during the hearing today at 11 a.m.

Dated:  April 10, 2006

                                            <u>/s/ Garland E. Burrell, Jr.</u>
                                            GARLAND E. BURRELL, JR.
                                            United States District Judge