1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT
8                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9
10  UNITED STATES OF AMERICA,    )    2:05-cr-0240-GEB
                                 )
11              Plaintiff,       )
                                 )
12       v.                      )    ORDER
                                 )
13  HAMID HAYAT, and             )
    UMER HAYAT,                  )
14                               )
                Defendants.      )
15  _____)

An Order filed March 22, 2006, ("March 22 Order") granted Intervenors access to the videotaped interviews of Defendants Hamid and Umer Hayat subject to specified conditions, including certain audio and visual redactions. Intervenors filed a status report on April 10, 2006, which states that they have been unable to complete the audio redaction of certain portions of the videotapes and that they agree to forgo broadcasting these portions of the videotapes. Therefore, the portions of the videotapes that have not been redacted as required by the March 22 Order shall not be broadcast or otherwise disseminated in whole or in part.[1]

---

[1] The portions of the videotapes that have not been redacted appear in Hamid Hayat videotape 3 of 4, transcript pages 169-194; Umer Hayat videotape 1 of 3, transcript pages 43-84; and Umer Hayat
(continued...)

1

1    The Court has reviewed a compilation of the remaining
2 portions of the videotapes and is satisfied that all of the redactions
3 required by the March 22 Order have been satisfactorily performed.
4 Therefore, the Court's media liaison officer, Carol Davis, is now
5 authorized to arrange for the reproduction of the redacted videotapes.
6 Once the reproductions are complete, the redacted videotapes shall be
7 made simultaneously available to Intervenors and other media entities
8 who have requested the videotapes so that all media entities have an
9 opportunity to receive the videotapes at the same time.
10    IT IS SO ORDERED.
11 Dated:  April 10, 2006

                                        /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

---

[1](...continued)
videotape 2 of 3, transcript pages 62 and 102-147.

2