```
                    IN THE UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )     2:05-cr-0240-GEB
                               )
               Plaintiff,      )
                               )     TRANSMISSION TO PARTIES OF
     v.                        )     TRIAL DOCUMENTS
                               )
HAMID HAYAT, and               )
UMER HAYAT,                    )
                               )
               Defendants.     )
                               )
```

     The attached jury instructions contain the modifications discussed and approved at the hearing held April 10, 2006.  All other jury instructions remain unchanged.

Dated:  April 11, 2006

                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge