IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,    )<br>                              )<br>     v.                       )<br>                              )<br>HAMID HAYAT, and              )<br>UMER HAYAT,                   )<br>                              )<br>            Defendants.    )<br>_____) | 2:05-cr-0240-GEB<br><br><u>TRANSMISSION TO PARTIES OF<br>TRIAL DOCUMENTS</u> |

     The attached jury instructions contain modifications to Umer Hayat Instruction No. 26 and Hamid Hayat Instruction No. 33.  All other jury instructions remain unchanged.

Dated:  April 12, 2006

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge