UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 02:05-cr-0240-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER REGARDING VIDEOTAPE |
| | ) | REPLAY IN HAMID AND UMER |
| HAMID HAYAT, and | ) | CASES |
| UMER HAYAT, | ) | |
| Defendants. | ) | |

     Last week, both the Hamid jury and Umer jury requested, and the parties approved, the replay of certain videotapes. The replay before the Hamid jury is scheduled to begin at 9:00 a.m. on April 17, 2006, in Courtroom 9, and the replay before the Umer jury is scheduled to resume at the same time in Courtroom 10. I will preside over the requested videotape replays as follows:

     I will be either in Courtroom 9 or 10 while the videotapes are replayed. When I am not physically present in a courtroom, either my law clerk or courtroom deputy will be in the courtroom. However, I will be in the adjacent courtroom, where I shall be immediately contacted by my law clerk or courtroom deputy if my presence is needed or requested. Since a court reporter will report anything said during the proceeding, other than what is recorded on the videotapes, I will be able to

apprise myself of any communication made during my absence.  See <u>United States v. Arnold</u>, 238 F.3d 1153, 1156 (9th Cir. 2001) (indicating that a judge can make arrangements enabling himself "to preside over and control a proceeding without being physically present at that proceeding").  Although <u>Arnold</u> did not reach the issue whether it is appropriate for a judge to allow a playback of a videotape in his absence, as stated in <u>Rogers v. Carey</u>, 2005 WL 3560588, at *10 (N.D. Cal. Dec. 29, 2005), "the Ninth Circuit views the necessity of a judge's presence during readback to be dependent on the facts of the particular case."  Where, as here, "the trial judge ruled on the jury's request, identified the portions of the testimony that could be read, and though absent, remain[s] available should any issue arise," the judge need not be in the courtroom throughout the entirety of the replay.[1]  <u>Id.</u>

IT IS SO ORDERED.

Dated:  April 17, 2006

                                        /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

---

[1] It is recognized that the parties in the Umer case are waiting to see whether the Umer jury will elect to fast forward the videotape through the interview breaks and that the judge needs to ensure that the parties are in agreement on how the replay will be conducted in the Hamid case.

2