UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
May 1, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR.S-05-0240-GEB |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| UMER HAYAT, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __UMER HAYAT__ , Case No. __CR.S-05-0240-GEB__ , Charge __18USC § 1001, FALSE STATEMENTS__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    _✔_   Bail Posted in the Sum of $ __390,000.00__

        ___   Unsecured Appearance Bond

        ___   Appearance Bond with 10% Deposit

        ___   Appearance Bond with Surety

        ___   Corporate Surety Bail Bond

    _✔_   (Other)   __On Conditions set by Judge Garland E. Burrell, as stated in his order of 4/28/2006__

Issued at __Sacramento, CA__ on __May 1, 2006__ at __9:30 a.m.__ .

          By   /s/ Gregory G. Hollows
               Gregory G. Hollows
               United States Magistrate Judge

Copy 5 - Court