LAW OFFICES OF JOHNNY L. GRIFFIN III
JOHNNY L. GRIFFIN, III (SBN 118694)
1010 F Street, Suite 200
Sacramento, California 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
UMER HAYAT

FILED
MAY - 1 2006
JACK L. WAGNER, CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,

    Plaintiff,

vs.

UMER HAYAT,

    Defendant.

Case No.   CR. S-05-0240 GEB

DEFENDANT'S APPLICATION AND [PROPOSED] ORDER ALLOWING ATTENDANCE AT FUNERAL SERVICES ON MAY 1, 2006

## APPLICATION

On Saturday, April 29, 2006, Defendant's father passed away in Lodi, California. Defendant respectfully requests that the Court authorize his attendance at the funeral service of his father that will be held on May 1, 2006. Pretrial Services Officer Sandy Hall has been provided with the location and times of the service. The services will last approximately three hours.

Attorney Johnny L. Griffin, III and private investigator James J. Wedick will personally transport to and remain with Defendant during the services. At the conclusion of the services,

U.S. v. Umer Hayat
CR. S-05-0240 GEB
Application - 1

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814

1  Mr. Griffin and Mr. Wedick will personally transport Defendant to a location that has been
2  provided to Pretrial Services Officer Hall.

                                                                                          Respectfully submitted,

Date: May 1, 2006

                                                                                     /s/ Johnny L. Griffin, III
                                                                                      Johnny L. Griffin III
                                                                                     Attorney for UMER HAYAT

IT IS SO ORDERED.

Dated: 5/1/06

                                                GARLAND E. BURRELL., JR.
                                                DISTRICT COURT JUDGE

U.S. v. Umer Hayat
CR. S-05-0240 GEB
Application - 2

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814