IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:05-cr-0240-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | TRANSMISSION TO PARTIES OF |
| v. | ) | TRIAL DOCUMENTS |
| | ) | |
| UMER HAYAT, | ) | |
| | ) | |
| Defendant. | ) | |

Attached for your consideration are slightly modified preliminary jury instructions and voir dire that were used at Defendant's first trial.

Dated:  May 11, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

1