IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | 2:05-cr-0240-GEB |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | <u>ORDER</u> |
| ) | |
| UMER HAYAT, ) | |
| ) | |
| Defendant. ) | |

       On May 15, 2006, the parties filed a "Stipulation and Proposed Order Regarding Pre-Trial and Trial Schedule." The proposed schedule is adopted in modified form as follows.

       The "Proposed Juror Questionnaire and Proposed Pre-Instruction" shall be filed no later than May 18, 2006. The "Proposed Pre-Instruction" should include an explanation as to why potential jurors have been given a questionnaire and any other information pertinent to the process. A proceeding on the "Proposed Juror Questionnaire and Proposed Pre-Instruction" shall commence at 8:00 a.m. in chambers on May 22, 2006.

       Motions in limine shall be filed no later than May 23, 2006; responses to the motions shall be filed no later than May 26, 2006; a hearing on the motions and on "Stipulation, Docket Entry No. 179" shall commence at 1:30 p.m. in the courtroom on May 31, 2006.

Each prospective juror will be given a "Juror Questionnaire" in Courtroom 1 at approximately 9:00 a.m. on June 1, 2006.  The Court anticipates approximately one hundred seventy (170) prospective jurors will be given the questionnaire.  The government agreed at the hearing held May 12, 2006, to provide the Court and defense counsel with photocopies of the prospective jurors' responses to the questionnaires.  A hearing regarding these responses shall commence at 10:00 a.m. in the courtroom on June 2, 2006, and counsel have been informed that the Jury Administrator must be notified prior to 4:00 p.m. about any decision on the number of jurors required to appear on June 5.[1]  If feasible, the parties should deliver to chambers no later than 8:00 a.m. on June 2, 2006, their positions regarding a prospective juror.

Proposed modifications to the Preliminary and Final Jury Instructions shall be filed no later than June 2, 2006.  Trial proceedings will be held:

(1) Monday, June 5, 2006, through Thursday, June 8, 2006;

(2) Tuesday, June 13, through Thursday, June 15, 2006;

(3) Tuesday, June 27, 2006, through Thursday, June 29, 2006;

(4) Wednesday, July 5, 2006, through Thursday, July 6, 2006;

(5) Tuesday, July 11, 2006, through Thursday, July 13, 2006;

(6) Tuesday, July 25, 2006, through Thursday, July 27, 2006.

If necessary, additional trial proceedings will be held on Tuesdays, Wednesdays, and Thursdays until the trial is completed.[2]  All trial

---

[1] Defendant is expected to attend the hearing unless authority is provided that his appearance can be waived.

[2] Trial proceedings will not be held on Mondays (except June 5, 2006) or on Fridays, due to the seventeen court days the

(continued...)

2

```
 1  proceedings will commence at 9:00 a.m. and end at approximately
 2  4:30 p.m., except on June 8, 2006, when trial will commence at
 3  10:00 a.m.³
 4          IT IS SO ORDERED.
 5  Dated:  May 15, 2006
 6
 7                                  /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge
```

---

² (...continued)
parties anticipate are necessary to complete the trial and the other matters on the Court docket.

³  Trial will commence at 9:00 a.m. on June 7, 2006, instead of 1:30 p.m. as the government requested, in order to effectively utilize the service of the eighteen jurors who are expected to be empaneled.