IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:05-cr-240-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| HAMID HAYAT, | ) | |
| | ) | |
| Defendant. | ) | |

An Order issued May 4, 2006, requested the Federal Defender to evaluate and recommend whether Defendant Hamid Hayat qualifies for representation under the Criminal Justice Act ("CJA") and, if so, whether it is appropriate for Ms. Wazhma Mojaddidi to be appointed as his counsel.  On May 15, 2006, the Federal Defender filed a response indicating Defendant qualifies for appointment of counsel under the CJA and recommending an ad hoc appointment of Ms. Mojaddidi for the remainder of the trial court proceedings, subject to certain specified conditions.

If Defendant qualifies for representation, Ms. Mojaddidi complies with the conditions set forth in the Federal Defender's

/////

/////

1

response, and all the necessary paperwork is completed, the appointment request will be granted.

IT IS SO ORDERED.

Dated:  May 18, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

2