IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:05-cr-0240-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UMER HAYAT, | ) | |
| | ) | |
| Defendant. | ) | |

On May 18, 2006, the parties filed a Proposed Juror Questionnaire and a Proposed Pre-Instruction, which the parties suggest I read to potential jurors before they complete the Proposed Juror Questionnaire. The first portion of the Proposed Pre-Instruction, which describes the case and gives potential jurors certain admonitions, duplicates the information contained in the Notice sent to potential jurors last week.[1] The second portion of the Proposed Pre-Instruction, which provides information about the questionnaire, duplicates the information contained in the general instructions portion of the Proposed Juror Questionnaire. Therefore, I will not read the Proposed Pre-Instruction because it appears

---

[1] The Notice sent to potential jurors is on page 37 of the revised Juror Questionnaire, which is attached to this Order.

1

unnecessary.  Since I will not be reading the Proposed Pre-Instruction, I will not be present while potential jurors complete the questionnaire.  If I need to be contacted, the Courtroom Deputy can reach me via telephone.

Attached is a revised Juror Questionnaire, which does not include the following portions of the general instructions in the parties' Proposed Juror Questionnaire: the portions covering matters addressed in the Notice; the portions indicating the questionnaire was my idea, rather than the parties'; and the portions indicating potential jurors may not understand their obligation to tell the truth when responding to questions.[2]  In addition, the revised Juror Questionnaire omits or modifies some proposed questions, but most of the changes are minor.  Consequently, a conference to discuss the questionnaire is unnecessary.  Therefore, the conference scheduled for May 24, 2006, is vacated.

If a party believes the revised Juror Questionnaire should be modified, that party shall file a proposed modification no later than 4:00 p.m. on May 24, 2006.  No proposed modification will be considered after that time because the copying process needs to begin.

IT IS SO ORDERED.

Dated:  May 23, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[2] For example, paragraph two states "[y]ou are sworn to give true and complete answers," paragraph three states "[y]our complete candor and honesty is necessary," and paragraph five states "[r]emember, you are sworn to give true and complete answers to all questions."

2