1  **LAW OFFICES OF JOHNNY L. GRIFFIN III**
   **JOHNNY L. GRIFFIN, III (SBN 118694)**
2  **CLARA M. LEVERS (SBN 226623)**
   1010 F Street, Suite 200
3  Sacramento, California 95814
   Telephone: (916) 444-5557
4  Facsimile: (916) 444-5558

5  Attorneys for Defendant
   UMER HAYAT
6

7               UNITED STATES DISTRICT COURT

8               EASTERN DISTRICT OF CALIFORNIA

9  THE UNITED STATES OF AMERICA   ) Case No. CR. S-05-0240 GEB
                                  )
10           Plaintiff,            ) **DEFENDANT'S MOTION AND**
                                  ) **[PROPOSED] ORDER TO MODIFY THE**
11      vs.                       ) **CONDITIONS OF HIS PRETRIAL**
                                  ) **RELEASE**
12 UMER HAYAT,                    )
                                  )
13           Defendant.            )
                                  )
14 _____)

15

16     Defendant, by and through counsel, hereby moves the Court to modify the conditions of

17 his pretrial release to allow Defendant to attend a weekly prayer service every Friday from 1:00

18 /////

19 /////

20 /////

21 /////

22 /////

23 /////

24 /////

25 /////

1

*U.S. v. Umer Hayat*
CR. S-05-0240 GEB

PDF created with pdfFactory trial version www.pdffactory.com

p.m. to 2:30 p.m.[1] The Government and Pretrial Services have advised that they have no objection to this modification.

Dated: June 7, 2006                    Respectfully submitted,

/s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for Defendant Umer Hayat

**IT IS SO ORDERED.**

DATED: June 7, 2006

           /s/ Garland E. Burrell, Jr.
**GARLAND E. BURRELL, JR.**
United States District Judge

---

[1] Defendant has provided PreTrial Services Officer Sandy Hall and the Government with the details of where he will attend weekly prayer services.

2

*U.S. v. Umer Hayat*
CR. S-05-0240 GEB

PDF created with pdfFactory trial version www.pdffactory.com