**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
1010 F Street, Suite 200
Sacramento, CA 95814
Phone: (916) 444-5557
Fax: (916) 444-5558

Attorney for Defendant
UMER HAYAT

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR. NO. S-05-240 GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| vs. | **ORDER EXONERATING BOND AND RECONVEYANCE OF PROPERTY AS TO DEFENDANT HAYAT** |
| UMER HAYAT | |
| Defendant. | |

The United States of America, by and through Assistant U.S. Attorneys S. Robert Tice-Raskin, and Defendant UMER HAYAT, by and through his attorney, Johnny L. Griffin, III, hereby agree and stipulate, that the bond in the above case be exonerated and the property posted to secure UMER HAYAT'S release be conveyed back to Umer Khatab, owner of property.

On April 28, 2006, the magistrate judge ordered the defendant UMER HAYAT released on conditions including the posting of a bond in the amount of $390,000. On May 01, 2006, the clerk's office received the deed of trust posted by UMER HAYAT. On

1

PDF created with pdfFactory trial version www.pdffactory.com

August 25, 2006 the Court sentenced UMER HAYAT to time served.  Accordingly, the property posted to secure UMER HAYAT'S release shall be conveyed back to Umer Khatab.

Dated: October 11, 2006                    Respectfully submitted,

/s/ Robert Tice-Raskin
ROBERT TICE-RASKIN[1]
Assistant U.S. Attorney

Dated: October 11, 2006

/s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for Defendant
Umer Hayat

**ORDER**

UMER HAYAT having satisfied all conditions of the bond securing his release, the bond is exonerated.  The Clerk of the Court shall promptly reconvey the posted property.

**IT IS SO ORDERED.**

DATED: October 12, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] Assistant United States Attorney Robert Tice-Raskin telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

2

PDF created with pdfFactory trial version www.pdffactory.com