**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

                             **RE:**   **Umer HAYAT**
                                        **Docket Number:  2:05CR00240-02**
                                        **PERMISSION TO TRAVEL**
                                        <u>OUTSIDE THE COUNTRY</u>

Your Honor:

Mr. Hayat is requesting permission to travel to Pakistan.  He is current with all supervision obligations, and the probation officer recommends approval be granted.  Please be advised, supervision is scheduled to expire on August 24, 2009.

**Conviction and Sentencing Date:**   On August 25, 2006, Mr. Hayat  was sentenced for the offense of 18 USC 1001 - Making a False Statement.

**Sentence imposed:**   Credit for time served (approximately 11 months were served in custody); 36 months Supervised Release; $3,600 Fine; $100 Special Assessment.
**Special Conditions:**  Warrantless search; Credit/debt restrictions; and Submit to DNA testing.

**Dates and Mode of Travel:**   If the Court approves the request for travel the probation officer will confirm the offender's itinerary prior to issuing a travel permit.  The offender will limit the travel period to 4 weeks.  He will travel via airplane.

**RE:   Umer HAYAT**
**Docket Number:  2:05CR00240-02**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

**Purpose:**   To attend the funeral of his father-in-law, visit with his family and attend to family business.

Respectfully Submitted,

/s/ Richard W. Elkins
**RICHARD W. ELKINS**
**Senior United States Probation Officer**

**DATED:**        July 10, 2009
Elk Grove, California
RWE/cj

**REVIEWED BY:**        /s/ Deborah A. Spencer
**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**

**ORDER OF THE COURT:**

**Approved    X                          Disapproved                          **

Dated:  July 10, 2009

GARLAND E. BURRELL, JR.
United States District Judge

Rev. 05/2006
TRAVEL ~ OUTSIDE COUNTRY COURT MEMO.MRG