IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:05-cr-0240-GEB-CMK |
| | 2:14-cv-1073-GEB-CMK |
| Respondent, | |
| vs. | ORDER |
| HAMID HAYAT, | |
| Movant. | |
| _____ / | |

Movant, a federal prisoner proceeding with counsel, brings this motion to vacate, set aside or correct a criminal judgment pursuant to 28 U.S.C. § 2255. Pending before the court is respondent's motion for reconsideration as to the continued hearing on movant's motion for summary judgment. (Doc. 551). Movant still opposes any continuance, and offers an earlier hearing date and shortened briefing schedule.

The hearing on movant's motion for summary judgment is currently set for February 18, 2015. Respondent indicates that the court did not have all necessary information before it in determining the date to continue the hearing to. As such, the motion for reconsideration requests the court move the hearing date again until sometime on or after February 25, 2015, as one of respondent's attorneys will be unavailable for a hearing prior thereto. Movant suggests a hearing date of February 11, 2015, in order to accommodate the unavailability of counsel. However, the

1

1  court is not available for hearing on February 11, 2015. or thereafter.

2        The undersigned finds good cause to reconsider the date of the hearing on the motion
3  for summary judgment. However, given the court's schedule, a new hearing date is not available
4  until April 2015. A motion for summary judgment in a habeas proceeding is not a necessity.
5  However, the parties have chosen to proceed with summary judgment on presumably the record
6  based claims, and will thereafter move for an evidentiary hearing on the remaining claims if
7  necessary. If a later hearing date does not work for the parties, they have the option of waving oral
8  arguments, submitting the briefs on their time schedule, and the court will take the matter under
9  submission without a hearing. However, if the parties decide a hearing would be beneficial, the
10 court will set a hearing for April 22, 2014, at 11:00 a.m., before the undersigned in Redding,
11 California. The parties are informed that telephonic appearances are acceptable. A modification of
12 the briefing schedule is not requested, but the court finds no reason not to extend the deadlines with
13 the change in the hearing.

14       Accordingly, IT IS HEREBY ORDERED that:

15       1.    Respondent's motion for reconsideration (Doc. 551) is granted;

16       1.    The hearing on movant's motion for summary judgment is continued from
17 February 18, 2015, to April 22, 2015, at 11:00 a.m., in Redding, California;

18       3.    Respondent's opposition to the motion for summary judgment shall be filed
19 on or before February 27, 2015; and

20       4.    Movant's reply brief, if any, shall be filed on or before March 20, 2015.

DATED: January 9, 2015

                                                **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE