IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent,<br><br>  vs.<br><br>HAMID HAYAT,<br><br>    Movant. | No. 2:05-cr-0240-GEB-CMK<br>     2:14-cv-1073-GEB-CMK<br><br><br>ORDER |

      Movant, a federal prisoner proceeding with counsel, brings this motion to vacate, set aside or correct a criminal judgment pursuant to 28 U.S.C. § 2255.  Pending before the court is movant's motion for an order authorizing the taking of foreign depositions and conducting discovery (Docs. 573, 574).  The motions are currently set for hearing on September 9, 2015.  The undersigned finds no hearing on these motions is necessary, and deems it appropriate to resolve these motions on the record and briefs.  <u>See</u> Local Rule 230(g).  The hearing set for September 9, 2015, will therefor be vacated.

      Movant previously filed a motion for summary judgment (Doc. 548), which is pending before the court.  Prior to the resolution of this potentially dispositive motion, movant seeks to engage in discovery including written discovery and depositions in Pakistan.  The

1

undersigned finds such a motion to be premature. Until the motion for summary judgment is resolved, conducting of discovery, which may end up being unnecessary, is premature.

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing on the motions for discovery, set for September 9, 2015, is vacated; and

2. The motions for discovery (Docs. 573, 574) are denied, without prejudice, as premature.

DATED: September 3, 2015

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE